NUMBER 13-00-239-CV





COURT OF APPEALS





THIRTEENTH DISTRICT OF TEXAS





CORPUS CHRISTI

____________________________________________________________________




JOSE
RIOS, INDIVIDUALLY AND AS A MEMBER 

AND VICE
PRESIDENT OF THE SCHOOL BOARD 

OF THE DONNA INDEPENDENT SCHOOL
 DISTRICT, Appellant, 



v.





MARGARET
WITHERS, Appellee. 

____________________________________________________________________




On appeal from the 92nd District Court

of
Hidalgo
 County, Texas.

____________________________________________________________________




O P I N I O N

Before Chief Justice Seerden and Justices Dorsey and Rodriguez 

Opinion Per
Curiam 



Appellant, JOSE RIOS, INDIVIDUALLY AND AS A MEMBER AND VICE
PRESIDENT OF THE SCHOOL BOARD OF THE DONNA INDEPENDENT SCHOOL DISTRICT,
perfected an appeal from a judgment entered by the 92nd District Court of Hidalgo County, Texas, in cause number C-2906-95-A.
After the clerk's record was filed, the parties filed
a joint motion to dismiss the appeal. In the motion, the parties state that
this case has been resolved. The parties request that this Court dismiss the
appeal. 

The Court, having considered the documents on file and the joint motion to
dismiss the appeal, is of the opinion that the motion should be granted. The
joint motion to dismiss is granted, and the appeal is hereby DISMISSED. 

PER CURIAM 

Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 8th day of June, 2000.